245 So.2d 717

**Succession of Mrs. Lillian THOMAS, widow by first marriage of Pat McGILL, and wife by second marriage of Francis L. WALTERS.**

No. 51242.

March 29, 1971.

In re: Sheryl Clare Weysham, wife of Robert F. Fleming, Jr., and Robert F. Fleming, Jr., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 243 So. 2d 324.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.